# DECLARATION OF DAVID A. THOMAS EXHIBIT 65

DOCUMENT FILED UNDER SEAL