# DECLARATION OF DAVID A. THOMAS EXHIBIT 66

DOCUMENT FILED UNDER SEAL