**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SANTA BARBARA SMOKEHOUSE, INC., a California corporation; and DHBRANDS LIMITED, a Cyprus limited liability company,<br><br>        Plaintiffs,<br><br>  v.<br><br>AQUACHILE, INC., a Florida corporation; AGROSUPER S.A., a Chile corporation; and EMPRESAS AQUACHILE S.A., a Chile corporation,<br><br>        Defendants. | CV 19-10733-RSWL-JEMx<br><br>**JUDGMENT** |
| AQUACHILE, INC., a Florida corporation,<br><br>      Counter-Plaintiff,<br><br>  v.<br><br>THE SANTA BARBARA SMOKEHOUSE, INC., a California corporation,<br><br>      Counter-Defendant. | |

**WHEREAS**, on March 4, 2022, this Court **GRANTED** Defendants AquaChile, Inc. ("AquaChile"); Agrosuper S.A.; and Empresas AquaChile S.A.'s Motion for Summary Judgment [129] against Plaintiffs The Santa Barbara Smokehouse, Inc. ("Smokehouse") and DHBrands Limited,

**IT IS HEREBY ORDERED, ADJUDGED, and DECEREED** that, in accordance with this Court's previous Order:

1. Judgment is entered in favor of Defendants and against Plaintiffs as to all ten of Plaintiffs' claims for relief; and
2. Judgment is entered in favor of AquaChile and against Smokehouse as to AquaChile's first and second counterclaims for breach of contract in the amount of $556,519.32.

As no defendants or claims remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: March 4, 2022  /s/ Ronald S.W. Lew
                      **HONORABLE RONALD S.W. LEW**
                      Senior U.S. District Judge

2